

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2018

No. 04-17-00847-CV

**IN THE INTEREST OF S.E.S., A CHILD**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02682
Honorable Richard Garcia, Judge Presiding

# O R D E R

In this accelerated appeal of the November 27, 2017 order terminating Appellant Mom's parental rights, Appellant's brief was due to be filed with this court on February 1, 2018. *See* TEX. R. APP. P. 38.6(a). Before the due date, Appellant filed a motion for a twenty-day extension of time to file Appellant's brief until February 21, 2018.

Appellant's motion is GRANTED. Appellant Mom's brief is due on February 21, 2018. Any further motion for extension of time to file the brief is discouraged. *See* TEX. R. JUD. ADMIN. 6.2 (directing courts of appeals to dispose of parental rights termination suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court